# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION ANDERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>K. KIMBRELL, et al.,<br><br>  Defendants. | Case No.  1:13-cv-00378 AWI DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR STAY<br><br>[ECF No. 14] |

Plaintiff Dion Anderson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

This action was filed on March 15, 2013.  On October 18, 2013, the Court issued a screening order dismissing the action, with leave to amend, for failure to state a claim.  On November 12, 2013, Plaintiff filed a motion for reconsideration regarding the order dismissing the action.  On January 3, 2014, the District Court denied the motion.  On January 21, 2014, Plaintiff sought an interlocutory appeal to the Ninth Circuit Court of Appeals.  He filed a motion for stay of the proceedings on the same date.  The appeal was processed on January 24, 2014, and the Ninth Circuit dismissed the appeal on February 26, 2014.

///

///

///

1

1    Insofar as the interlocutory appeal has been denied, Plaintiff's motion for stay of the
2 proceedings pending the appeal is DENIED as moot.

IT IS SO ORDERED.

   Dated:  **August 25, 2014**                    /s/ Dennis L. Beck
                                                    UNITED STATES MAGISTRATE JUDGE