# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. KIMBRELL, et al.,<br><br>　　　　Defendants. | Case No.  1:13-cv-00378 AWI DLB PC<br><br>ORDER GRANTING PETITIONER'S MOTION TO FILE SECOND AMENDED COMPLAINT<br>[ECF No. 20]<br><br>ORDER DIRECTING CLERK OF COURT TO FILE LODGED SECOND AMENDED COMPLAINT<br>[ECF No. 21] |

Plaintiff Dion Anderson ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.

Plaintiff filed his initial complaint on March 15, 2013.  The Court dismissed the complaint on October 18, 2013, and granted Plaintiff leave to file a First Amended Complaint. On February 6, 2014, Plaintiff filed his First Amended Complaint.  On March 24, 2014, he filed a motion to file a Second Amended Complaint and lodged the proposed Second Amended Complaint on the same date.

"Rule 15(a) is very liberal and leave to amend 'shall be freely given when justice so requires.'"  Amerisource Bergen Corp. v. Dialysis West, Inc., 465 F.3d 946, 951 (9th Cir. 2006) (quoting Fed. R. Civ. P. 15(a)).  However, courts "need not grant leave to amend where the amendment:  (1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue

delay in the litigation; or (4) is futile." Id.  Here, Defendants have not yet been served. Therefore, Defendants will not be prejudiced by the filing of a Second Amended Complaint. The Court will grant Petitioner's motion.

Accordingly, IT IS HEREBY ORDERED:

1) Plaintiff's motion to file a Second Amended Complaint is GRANTED; and

2) The Clerk of Court is DIRECTED to file the lodged Second Amended Complaint.

IT IS SO ORDERED.

Dated: __**August 25, 2014**__              /s/ *Dennis L. Beck*
                                                            UNITED STATES MAGISTRATE JUDGE